# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JONATHAN M. MCCLAIN, Pro se, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, MARTIN O'MALLEY, <br><br> Defendant. | CASE NO. 2:24-cv-01193-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On December 30, 2024, Plaintiff filed a Motion for Reconsideration of the Court's Order on Motion to Dismiss. Dkt. No. 16. Defendant is ORDERED to file a response of **no more than ten (10) pages no later than January 17, 2025**. The Clerk SHALL renote the Motion accordingly.

Dated this 3rd day of January 2025.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk