UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN M. MCCLAIN, Pro se,<br><br>                 Plaintiff,<br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY, MARTIN O'MALLEY,<br><br>                 Defendant. | CASE NO. 2:24-cv-01193-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*. Plaintiff's Opening Brief was due on January 20, 2025. *See* Dkt. No. 15 (scheduling order). To date, Plaintiff has not filed the brief. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute and to follow a court order. Plaintiff may satisfy this Order by filing his Opening Brief **no later than February 24, 2025**.

Further, the Court's scheduling order is AMENDED as follows: Defendant's Response Brief now due **March 27, 2025**; Plaintiff's Optional Reply Brief now due **April 10, 2025**. Defendant must file a response, whether or not Plaintiff files an Opening Brief.

\* \* \*

In this case, Plaintiff filed a complaint stating the following claim: "The decision of the ALJ [Administrative Law Judge] was erroneous, not supported by the record or the substantial, [*sic*] evidence in the record and/or contrary to law." Dkt. No. 6 ¶ 9. Plaintiff is reminded that in order to provide notice to Defendant and the Court as to the grounds Plaintiff believes require reversal of the denial of his disability claim, Plaintiff's Opening Brief must list all of the errors Plaintiff believes the ALJ committed in finding him not disabled, and explain how and why the ALJ erred, with citations to portions of the transcript of record that was filed in this case.

Dated this 10th day of February 2025.

Tana Lin
United States District Judge